UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANA NESSEL, Attorney
General of the State of Michigan,

    Plaintiff,

v.

LADY HILL, LLC,

    Defendant.

No. 1:23-cv-10830-JEL-PTM

HON. JUDITH E. LEVY

---

Kellie L. McGuire (P85058)
Melinda A. Leonard (P63638)
Attorneys for Plaintiff
Michigan Department of Attorney General
Alcohol and Gambling Enforcement Division
25680 W. 8 Mile Rd.
Southfield, MI 48033
(313) 456-1180
Mcguirek4@michigan.gov

Lady Hill, LLC
8400 Champoeg Road NE
Saint Paul, OR 97137
(503) 312-6559
jowen@ladyhill.com

/

# STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING

Plaintiff, Michigan Attorney General Dana Nessel, and Defendant, Lady Hill, LLC, stipulate to the Court entering an order that extends Defendant's time to respond to Plaintiff's Complaint for Preliminary and Permanent Injunctions Pursuant to the Twenty-First Amendment Enforcement Act and Michigan Consumer Protection Act. In support, the parties state as follows:

1. On April 18, 2023, Plaintiff served Defendant with notice that this lawsuit was commenced and requested that Defendant waive service of the summons. Defendant agreed to waive service and returned the signed waiver form to Plaintiff on May 28, 2023. ECF No. 4, PageID.40.

2. Defendant's response to Plaintiff's complaint is due on June 20, 2023.

3. The parties stipulate and agree that the due date for Defendant's responsive pleading should be extended to July 20, 2023.

Accordingly, the parties respectfully request that the Court enter an order extending the due date for Defendant's responsive pleading to July 20, 2023.

For Plaintiff:   For Defendant:

/s/ Kellie L. McGuire

Kellie L. McGuire (P85058)
Attorney for Plaintiff

Printed Name: Gerald Owen
Title: President

Dated: June 16, 2023   Dated: 6/16/2023

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANA NESSEL, Attorney
General of the State of Michigan,

    Plaintiff,

v.

LADY HILL, LLC,

    Defendant.

No. 1:23-cv-10830-JEL-PTM

HON. JUDITH E. LEVY

---

Kellie L. McGuire (P85058)
Melinda A. Leonard (P63638)
Attorneys for Plaintiff
Michigan Department of Attorney General
Alcohol and Gambling Enforcement Division
25680 W. 8 Mile Rd.
Southfield, MI 48033
(313) 456-1180
Mcguirek4@michigan.gov

Lady Hill, LLC
8400 Champoeg Road NE
Saint Paul, OR 97137
(503) 312-6559
jowen@ladyhill.com

/

## ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING

The Court having read the foregoing Stipulation of the parties;

IT IS HEREBY ORDERED that Defendant's deadline to file a responsive pleading is extended to July 20, 2023.

Date: June 21, 2023                  s/Judith E. Levy
                                                   JUDITH E. LEVY
                                                   United States District Judge